```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

DARRY LANELL SMITH,             :
                                :
    Plaintiff,                  :
                                :
vs.                             :    CIVIL ACTION 11-0203-M
                                :
MICHAEL J. ASTRUE,              :
Commissioner of Social Security,:
                                :
    Defendant.                  :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Darry Lanell Smith and against Defendant Michael J. Astrue.

DONE this 19th day of December, 2011.


                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE