```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        NORTHERN DIVISION
```

DARRY LANELL SMITH,                 :
                                    :
    Plaintiff,                      :
                                    :
vs.                                 :       CIVIL ACTION 11-0203-M
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of Social Security,    :
                                    :
    Defendant.                      :


<u>JUDGMENT</u>

    It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Darry Lanell Smith and against Defendant Michael J. Astrue.  It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA Attorney's fee in the amount of $3,024.00.

    DONE this 5th day of April, 2012.

<u>s/BERT W. MILLING, JR.</u>
UNITED STATES MAGISTRATE JUDGE